**Ruth Magid, Appellant, v. Noah Mulstein, Appellee.**

Gen. No. 46,924. 

First District, Third Division.
November 7, 1956.
Rehearing denied November 28, 1956.
Released for publication December 28, 1956.

Sherman & Lewis, for appellants; Irving S. Abrams, of counsel; Reubens Stiglitz, for appellee. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.